```
 1                    UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   _____
                                    )
 4   UNITED STATES OF AMERICA,      ) CR22-00060-JCC
                                    )
 5                 Plaintiff,       ) SEATTLE, WASHINGTON
                                    )
 6   v.                             ) May 2, 2023 -
                                    ) 9:00 a.m.
 7   RUSTAM YUSUPOV,                )
                                    )
 8                 Defendant.       ) SENTENCING HEARING
                                    )
 9                                  )
     _____
10
                     VERBATIM REPORT OF PROCEEDINGS
11             BEFORE THE HONORABLE JOHN C. COUGHENOUR
                     UNITED STATES DISTRICT JUDGE
12   _____

13

14   APPEARANCES:

15   For the Plaintiff:      Todd Greenberg
                             U.S. Attorney's Office
16                           700 Stewart Street
                             Suite 5220
17                           Seattle, WA 98101

18

19   For the Defendant:      Dennis Carroll
                             Federal Public Defender's Office
20                           1601 5th Avenue, Suite 700
                             Westlake Center Office Tower
21                           Seattle, WA 98101

22

23

24

25
```

Proceedings stenographically reported and transcript produced with computer-aided technology

1  57 months, which we believe is the proper high end of the
2  guidelines range, as does the probation office, which calculated
3  it.
4       Your Honor, this Court knows, as well as anyone, that, you
5  know, every day at this point we read the newspaper, watch the
6  news on TV, and we learn about one, often more than one, tragedy
7  that occurs because someone who isn't allowed to have firearms
8  under the law has firearms, uses firearms, injures other people.
9            THE COURT:  You know, frankly, I disagree with you.  I
10 don't think the felon-in-possession law accomplishes very much.
11 What we need to do in this country is get the guns off the
12 street, and, of course, we don't have the will to do that.
13           MR. GREENBERG:  Yeah.
14           THE COURT:  But I don't see the relationship between the
15 felon-in-possession law and what's going on in this country, in
16 terms of the bloodbath that we're experiencing.
17           MR. GREENBERG:  Well, I share the Court's frustration.
18 It's certainly not the panacea that we need, but --
19           THE COURT:  It's what we have.
20           MR. GREENBERG:  -- it's what we have.
21      And I guess my point was going to be that what also gets me
22 frustrated is that these laws, how useful you think they are or
23 not, end up being controversial in some quarters, and what I was
24 going to say is that I think this case, at least, is an example
25 where everyone would agree that this is an individual who was